UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD and BLACK MOUNTAIN EQUITIES, INC.,

          Plaintiffs,

-against-

OXYSURE SYSTEMS, INC. (*aka* OXYSURE THERAPEUTICS, INC.),

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2015
```

15 Civ. 09546 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed Plaintiffs' letter dated December 10, 2015, it is ORDERED that:

1. Plainitffs' request for a pre-motion conference is DENIED;

2. By **December 30, 2015**, Plaintiffs shall file their motion for a preliminary injunction;

3. By **January 8, 2016**, Defendant shall file its opposition papers;

4. By **January 15, 2016**, Plaintiffs shall reply; and

5. The Court will hold a preliminary injunction hearing in Courtroom 15D on **January 21, 2016**, at **3:00 p.m.**

SO ORDERED.

Dated: December 18, 2015
       New York, New York

                                       ANALISA TORRES
                                  United States District Judge