```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/8/2016____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD and BLACK MOUNTAIN EQUITIES, INC.,

                Plaintiffs,

-against-

OXYSURE SYSTEMS, INC. (*aka* OXYSURE THERAPEUTICS, INC.),

                Defendant.

15 Civ. 09546 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **January 15, 2016**, Plaintiffs shall respond to Defendant's motions to dismiss or, in the alternative, stay the case pending the outcome of the matter currently before the Eastern District of Texas, ECF No. 16. All other deadlines remain in effect.

    SO ORDERED.

Dated: January 8, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge