# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

January 11, 2015

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
Chambers 2210, Courtroom 15-D
New York, NY 10007

      Re:   *Gemini Master Fund, Ltd. and Black Mountain Equities, Inc. v. OxySure Systems Inc.*, 15-cv-09546 (AT)

Dear Judge Torres:

    We represent plaintiffs Gemini Master Fund, Ltd. ("Gemini") and Black Mountain Equities, Inc. ("BME"). We respond to the letter motion filed Friday evening, January 8, 2016 by Mr. Sbaiti, counsel for defendant, requesting an extension of his time to file an opposition brief. In particular, we wish to correct the record regarding defendant's claim that it received late notice of the motion. Defendant has had ample notice of both this action and plaintiffs' motion for a preliminary injunction.

Defendant has had Ample Notice of Plaintiffs' Motion

    While defendant alleges service of the Summons and Complaint occurred on December 19, 2015, we in fact effectuated service on defendant's registered agent in Delaware on December 9, 2015. (Docket No. 8) On December 21, 2015, I sent by overnight mail to Mr. Sbaiti and to defendant's corporate office (i) copies of the Complaint; (ii) our letter requesting a pre-motion conference; and (iii) the Court's Orders in the case, namely the Order setting a briefing schedule on the motion for a preliminary injunction and the Initial Pre-trial Conference Order. According to our UPS receipts, both sets of documents were received on December 22, 2015, not the following day when Mr. Sbaiti claims to have been out of the office. As a result, Mr. Sbaiti and his client were well aware of both the case and the briefing schedule before the Christmas holiday. My letter and the UPS receipts are annexed. I sent these materials to Mr. Sbaiti because I had earlier sent them to him electronically, using the email address "maizin@stecklerlaw.com," without a response. Although I misspelled Mr. Sbaiti's name, I received no error message stating that the email had not been delivered, as customarily appears with a defective email address. On December 30, 2015, I sent plaintiffs' motion papers by

January 11, 2016
Page 2

overnight mail to Mr. Sbaiti and to defendant's corporate offices. They were accepted at Mr. Sbaiti's firm on December 31, 2015 and at defendant's offices on January 4, 2016. I also sent the materials electronically to Mr. Sbaiti, using the same email address as before. Again, I did not receive an error message.

Mr. Sbaiti's suggestion that he learned of the preliminary injunction on January 4, 2016 is thus incorrect.

<u>Proposed Revisions to the Schedule</u>

Mr. Sbaiti's proposed briefing schedule, which leaves plaintiffs with one day to reply, is unfair and unworkable. Unfortunately, I am on trial on January 21, 2016, before a FINRA arbitration panel; the hearing was scheduled months ago. I therefore request a short adjournment of the oral argument date to either January 28 or January 29, 2016; dates that Mr. Sbaiti has advised are open for him. I further propose that defendant's motion to dismiss or transfer be heard at the same time. We request that plaintiffs have seven days (one week) to submit a reply to the opposition papers that Mr. Sbaiti files in response to our preliminary injunction motion.

The relief sought on plaintiffs' motion, the issuance of shares, is time sensitive, especially because defendant has failed to pay plaintiffs on their promissory notes, which matured on January 1, 2016. In the event the Court is unavailable on the dates that we have proposed, we therefore request the next available date on the Court's calendar.

Respectfully submitted,

Thomas J. Fleming

cc:   Mazin Sbaiti (by email)
      (Counsel for Defendant)

# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

December 21, 2015

**VIA UPS**

Julian T. Ross
Chairman and CEO
Oxysure Therapeutics, Inc.
10880 John W. Elliott Drive #600
Frisco, Texas 75033

Re: Gemini v. Oxysure

Dear Mr. Ross:

We are counsel for plaintiffs in the above matter. We previously served the Complaint upon Oxysure's registered agent in Delaware. As a courtesy, I enclose a copy. I also enclose the Court's order scheduling an Initial Pretrial Conference, its Order setting a briefing schedule for our motion for a preliminary injunction, and our letter to the Court requesting permission to file such a motion.

Sincerely,

Thomas J. Fleming

Enclosures

cc: Maizin Sbaiti, Esq. (w/enclosure)

 **Shipment Receipt**

Transaction Date: 21 Dec 2015                Tracking Number:            1ZA2V6351390765855

### 1. Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| STECKLER LLP<br>MAIZIN SBAITI, ESQ.<br>12720 HILLCREST ROAD, SUITE 1045<br>DALLAS TX 752302079<br>Telephone:9723874040 | OLSHAN LLP<br>OFFICE SERVICES<br>65 EAST 55TH STREET<br>3RD FLOOR<br>NEW YORK NY 10022<br>Telephone:2124512300 x373 | OLSHAN LLP<br>OFFICE SERVICES<br>65 E 55TH ST<br>NEW YORK NY 10022<br>Telephone:2124512259 |

### 2. Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. 0.5 lbs<br>(1.0 lbs billable) | Other Packaging | | Reference # 1 - 07437.010<br>Reference # 2 - TJF TJF |

### 3. UPS Shipping Service and Shipping Options

Service:                   UPS Next Day Air Saver
Shipping Fees Subtotal:    51.57 USD    **Additional Shipping Options**
  Transportation           49.35 USD    Quantum View Notify E-mail Notifications:                No Charge
  Fuel Surcharge            2.22 USD      1  tfleming@olshanlaw.com:   Delivery
                                          2  lowens@olshanlaw.com:     Delivery

### 4. Payment Information

Bill Shipping Charges to:            Shipper's Account A2V635

Charges:                                                                              51.57 USD

Total Charged:                                                                        51.57 USD

Note: Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| Tracking Number: | 1Z A2V 635 13 9076 585 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/22/2015 12:27 P.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | BACIAK |
| Service: | NEXT DAY AIR SAVER |

Tracking results provided by UPS: 01/07/2016 11:27 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2016 United Parcel Service of America, Inc. All rights reserved.




# Shipment Receipt

**Transaction Date:** 21 Dec 2015  **Tracking Number:** 1ZA2V6351392849841

## 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| OXYSURE THERAPEUTICS, INC. | OLSHAN LLP | OLSHAN LLP |
| JULIAN T. ROSS | OFFICE SERVICES | OFFICE SERVICES |
| 10880 JOHN W. ELLIOTT DRIVE #600 | 65 EAST 55TH STREET | 65 E 55TH ST |
| FRISCO TX 750333281 | 3RD FLOOR | NEW YORK NY 10022 |
| Telephone:9722946450 | NEW YORK NY 10022 | Telephone:2124512259 |
|  | Telephone:2124512300 x373 |  |

## 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. 0.5 lbs (1.0 lbs billable) | Other Packaging | | Reference # 1 - 07437-010<br>Reference # 2 - TJF TJF |

## 3  UPS Shipping Service and Shipping Options

| Service: | UPS Next Day Air Saver | | |
|---|---|---|---|
| Shipping Fees Subtotal: | 51.57 USD | Additional Shipping Options | |
| Transportation | 49.35 USD | Quantum View Notify E-mail Notifications: | No Charge |
| Fuel Surcharge | 2.22 USD | 1  tfleming@olshanlaw.com:   Delivery<br>2  lowens@olshanlaw.com:   Delivery | |

## 4  Payment Information

Bill Shipping Charges to:     Shipper's Account A2V635

| Charges: | 51.57 USD |
|---|---|
| Total Charged: | 51.57 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| Tracking Number: | 1Z A2V 635 13 9284 984 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/22/2015 11:04 A.M. |
| Delivered To: | FRISCO, TX, US |
| Signed By: | TAR |
| Service: | NEXT DAY AIR SAVER |

Tracking results provided by UPS: 01/07/2016 11:25 P.M. ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2016 United Parcel Service of America, Inc. All rights reserved.