```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD and BLACK MOUNTAIN EQUITIES, INC.,

          Plaintiffs,

-against-

OXYSURE SYSTEMS, INC. (*aka* OXYSURE THERAPEUTICS, INC.),

          Defendant.

15 Civ. 09546 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters dated January 8 and 11, 2016, it is ORDERED that:

1. By **January 15, 2016**, Defendant shall file its opposition to Plaintiffs' motion for preliminary injunction;

2. By **January 22, 2016**, Plaintiffs shall reply; and

3. The preliminary injunction hearing scheduled for January 21, 2016, is ADJOURNED to **January 29, 2016**, at **1:00 p.m.**

SO ORDERED.

Dated: January 12, 2016
       New York, New York

                                    ANALISA TORRES
                                United States District Judge