UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD and BLACK MOUNTAIN EQUITIES, INC.,

        Plaintiffs,

-against-

OXYSURE SYSTEMS, INC. (*aka* OXYSURE THERAPEUTICS, INC.),

        Defendant.

OXYSURE SYSTEMS, INC. (*aka* OXYSURE THERAPEUTICS, INC.),

        Plaintiff,

-against-

GEMINI MASTER FUND, LTD, GEMINI STRATEGIES, LLC, and BLACK MOUNTAIN EQUITIES, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/12/16_

15 Civ. 09546 (AT)

16 Civ. 06078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties in these related actions are directed to appear for an initial pretrial conference at **3:30 p.m.** on **September 12, 2016**. The parties' proposed case management plan is due by **September 5, 2016**. By **August 17, 2016**, the parties shall submit a joint letter reporting the status of these related actions and proposing how the actions should proceed.

    SO ORDERED.

Dated: August 12, 2016
       New York, New York

                                        **ANALISA TORRES**
                                        **United States District Judge**